# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**JACOB EXLEY, et al.,**
    Plaintiffs,

v.                                       Case No. 1:22cv95-MW/HTC

**TOWN OF MICANOPY FLORIDA,**
    Defendant.

_____/

## JUDGMENT

The parties are ordered to comply with their settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

<u>March 6, 2023</u>                                 <u>s/ KELLI MALU</u>
Date                                            Deputy Clerk: Kelli Malu